An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY GRECO,
Appellant,
vs.
MICHAEL KOLPAK, NEVADA STATE
FIRE INSPECTOR; AND SCOTT
LEWIS, PAHRUMP TOWN FIRE
CHIEF,
Respondents.

No. 66234

**FILED**

AUG 18 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order denying a motion for reconsideration of a prior order denying a motion for recusal of the district court judge. Because no statute or court rule authorizes an appeal from such an order, we lack jurisdiction to consider this appeal. *See Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (noting that an appeal may only be taken when authorized by statute or court rule); NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). Accordingly, we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

cc: Hon. Robert W. Lane, District Judge
Anthony Greco
Michael Kolpak
Marquis Aurbach Coffing
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27005